| | |
|---|---|
| 1 | Robert W. Norman, Jr. (SBN 232470) |
| 2 | Andrew E. Mina (SBN 323044) |
|   | HOUSER & ALLISON, APC |
| 3 | 9970 Research Drive |
|   | Irvine, California 92618 |
| 4 | Telephone: (949) 679-1111 |
|   | Facsimile: (949) 679-1112 |
| 5 | E-Mail: bnorman@houser-law.com |
| 6 | Attorneys for Defendant, |
|   | Specialized Loan Servicing, LLC |
| 7 | |

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDMUND RYAN, an individual, and PATRICIA HOFFMAN, an individual, | Case No.: 2:19-cv-00169-MCE-DB |
| | Honorable Morrison C. England, Jr |
| Plaintiffs, | |
| vs. | **STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT; ORDER** |
| SPECIALIZED LOAN SERVICING, LLC, a Delaware Limited Liability Company, and DOES 1 through 25, inclusive, | |
| Defendants | |

**TO THE CLERK OF THE ABOVE COURT AND TO ALL INTERESTED PARTIES HEREIN:**

Plaintiffs Edmund Ryan and Patricia Hoffman (collectively, the "Plaintiffs") and defendant Specialized Loan Servicing, LLC ("Defendant") (collectively, the "Parties) stipulate to the following:

Plaintiffs and Defendant have agreed to an extension to Defendant's deadline to respond to the Complaint up to and including April 3, 2019;

Plaintiffs and Defendant would like this additional time to further research the facts and work to informally resolve this matter without incurring additional legal expenses;

The continuance sought does not prejudice either Plaintiffs or Defendant and the Parties stipulate that the continuance is necessary for the reasons set forth herein;

---

1

**STIPULATION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO COMPLAINT**

The parties have not previously requested a continuance to respond to the Complaint.

As a result,

**IT IS HEREBY STIPULATED** by and between Plaintiffs and Defendant, by and through their undersigned counsel of record in this action, without waiving or limiting their rights, that the time to file a responsive pleading to Plaintiffs' Complaint by Defendant is extended to April 3, 2019.

Dated: February 27, 2019

**HOUSER & ALLISON**
A Professional Corporation

/s/ Robert W. Norman, Jr.
Robert W. Norman, Jr.
Attorneys for Defendant,
Specialized Loan Servicing, LLC

Dated: February 27, 2019

**GAVRILOV & BROOKS**

/s/ J. Edward Brooks (as authorized on 2/27/2019)
J. Edward Brooks
Attorneys for Plaintiffs,
Edmund Ryan and Patricia Hoffman

IT IS SO ORDERED.

Dated: March 4, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE