J. Edward Brooks, SBN 247767
Eliezer Cohen, SBN 302248
GAVRILOV & BROOKS
2315 Capitol Avenue
Sacramento, CA 95816
Telephone:    (916) 504-0529
Facsimile:    (916) 727-6877
Email:          EBrooks@GavrilovLaw.com
                    ECohen@GavrilovLaw.com

Attorneys for Plaintiffs
EDMUND RYAN and PATRICIA HOFFMAN

Robert W. Norman, Jr. (SBN 232470)
Timothy A. Schneider (SBN 300816)
HOUSER LLP
9970 Research Drive
Irvine, California 92618
Telephone:    (949) 679-1111
Facsimile:    (949) 679-1112
Email:          tschneider@houser-law.com

Attorneys for Defendant
SPECIALIZED LOAN SERVICING, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| EDMUND RYAN, an individual; and PATRICIA HOFFMAN, an individual,<br><br>        Plaintiffs,<br><br>  v.<br><br>SPECIALIZED LOAN SERVICING, LLC, a Delaware Limited Liability Company; and DOES 1 through 25, inclusive,<br><br>        Defendants. | Case No.   2:19-cv-00169-MCE-DB<br><br>**JOINT STIPULATION FOR DISMISSAL; ORDER THEREON**<br><br>**[FRCP 41(a)(1)]**<br><br>Judge:        Hon. Morrison C. England, Jr.<br>Action Filed:  January 25, 2019<br>Trial Date:    Not Set |

The parties to this action through their designated counsel hereby stipulate and agree that the above-captioned action, and all claims asserted therein, be dismissed with prejudice pursuant to FRCP 41 (a)(1), with each party bearing its own attorney fees, costs, and expenses.

IT IS SO STIPULATED.

Dated: September 9, 2021                                **GAVRILOV & BROOKS**

_____/s/ Eliezer Cohen_____
J. Edward Brooks
Eliezer Cohen
Attorneys for Plaintiffs
EDMUND RYAN and PATRICIA HOFFMAN

Dated: September 9, 2021                                **HOUSER LLP**

_____/s/ Timothy Schneider____
Timothy A. Schneider
Attorneys for Defendant
Specialized Loan Servicing, LLC

## ORDER

Based upon the Joint Stipulation of the parties, and good cause appearing therefore, the above-captioned action, and all claims asserted therein, is hereby **DISMISSED** with prejudice, with each party bearing its own attorney fees, costs, and expenses. The matter having now been concluded in its entirety, the Clerk of Court is **DIRECTED** to close the file.

**IT IS SO ORDERED**

**Dated:  September 13, 2021**

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE